# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2008

137197 & (16)(17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MAYOR OF DETROIT,
          Plaintiff-Appellant,

v

GOVERNOR OF MICHIGAN and
DETROIT CITY COUNCIL,
          Defendants-Appellees.

SC: 137197
COA: 287462
Wayne CC: 08-122051-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 2, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of proceedings is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2008

_____
Clerk

p0903